# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

KENNETH S. SALADIN,

    Plaintiff,

vs.

MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC d/b/a MCGRAW-HILL EDUCATION,

    Defendant.

No. 17-CV-1028 LRR

**SCHEDULING ORDER AND DISCOVERY PLAN**

---

*I.* **INTRODUCTION:** This order sets forth the deadlines applicable to this case. The Court expects the parties to adhere strictly to all deadlines specified in this order. A party who elects to represent himself/herself is held to the same deadlines as an attorney.

*II.* **DEADLINES:**

    *A.* Initial disclosures: 04/20/2018

    *B.* Motions to add parties: 05/07/2018

    *C.* Motions to amend pleadings: 05/07/2018

    *D.* Expert witness disclosures:

        1. Plaintiff's expert(s): 08/20/2018

        2. Defendant's expert(s): 10/22/2018

        3. Plaintiff's rebuttal expert(s): 11/23/2018

    *E.* Completion of discovery: 12/03/2018

    *F.* Dispositive motions: 01/04/2019

    *G.* Trial ready date: 06/03/2019

    *H.* Duration of trial: __**5 days**__      Jury Demand __X__ Yes _____ No

### III. CONSENT:

The parties unanimously consent to trial, disposition, and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3). _____ Yes   _X_ No

### IV. REQUESTS FOR HEARINGS:

The Court encourages participation in the conduct of hearings on motions by lawyers who drafted or contributed to the motion or resistance and/or preparation for the hearing. A representation that the argument on motions will be handled, in whole or in part, by the lawyer(s) who drafted or contributed to the motion or resistance may weigh in favor of granting a hearing.

**IT IS SO ORDERED** this 2nd day of April, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa


### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a United States Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this ____ day of _____, _____.

_____
United States District Judge