# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| KENNETH S. SALADIN, | |
| Plaintiff, | No. 17-CV-1028-LRR |
| vs. | **ORDER** |
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, d/b/a MCGRAW-HILL EDUCATION, | |
| Defendant. | |

_____

This matter is before the Court on plaintiff's unopposed Motion to Amend Scheduling Order and Discovery Plan. (Doc. 23). For the following reasons, plaintiff's motion is **granted**.

Federal Rule of Civil Procedure 16 requires the Court to issue a scheduling order that includes certain deadlines, including the deadlines for completing discovery. The Rule 16 scheduling order may be modified only for good cause. FED. R. CIV. P. 16(b)(4); *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715 (8th Cir. 2008). "The primary measure of good cause is the movant's diligence in attempting to meet the order's requirements." *Rahn v. Hawkins*, 464 F.3d 813, 822 (8th Cir. 2006).

Plaintiff seeks a one month extension of the expert witness deadlines to allow plaintiff's expert witness adequate time to review voluminous information and subsequently issue an expert witness report. (Doc. 23, at 2). Plaintiff further asserts that "[t]he dispositive motion, pretrial conference, and trial deadlines would not change." (*Id.*). Although plaintiff requests December 3, 2018, as the deadline for completing discovery, plaintiff requests that after the deadline, plaintiff "be afforded the opportunity

to depose defendant's expert and defendant likewise be able to depose plaintiff's rebuttal expert, if designated." (*Id.*).

The Court finds that plaintiff has established that good cause exists to modify the scheduling order. The Court further finds it appropriate to permit the parties to take expert witness depositions in the fashion requested, but the Court will set a deadline by which such expert witness depositions must be completed. Finally, plaintiff has requested that defendant's expert witness disclosure deadline be set as November 22, 2018. That date, however, is a Court holiday, and the Court has modified the deadline accordingly. As such, the new deadlines governing this case are as follows:

| | |
|---|---|
| Plaintiff's Experts: | September 20, 2018 |
| Defendant's Experts: | November 21, 2018 |
| Completion of Discovery: | December 3, 2018 |
| Plaintiff's Rebuttal Experts: | December 21, 2018 |
| Expert Witness Depositions: | December 28, 2018 |
| Dispositive Motions: | January 4, 2019 |
| Trial: | June 3, 2019 |

**IT IS SO ORDERED** this 7th day of August, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa